# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **REGINALD LOWE,** *Movant,* v. **UNITED STATES OF AMERICA,** *Respondent.* | **CRIMINAL ACTION NO. 5:22-cr-00006-TES-CHW-3** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 440] regarding Reginald Lowe's Motion to Withdraw [Doc. 435] his Section 2255 Motion [Doc. 427]. Lowe did not file an objection to the R&R within the 14-day period prescribed by 28 U.S.C. § 636(b)(1)(C), so the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Finding no error, the Court **ADOPTS** the magistrate judge's R&R [Doc. 440] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, because Lowe chose to seek reduction of his sentence under 18 U.S.C. § 3582(c)(2) (Amendment 821), the Court **GRANTS** his Motion to Withdraw [Doc. 435] and **DISMISSES** his Section 2255 Motion [Doc. 427] **without prejudice**.

**SO ORDERED**, this 4th day of June, 2024.

<u>S/ Tilman E. Self, III</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**