IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| REGINALD LOWE, | * |
| Plaintiff, | * |
| v. | Case No. **5:22-cr-00006-TES-CHW** |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated June 4, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of June, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk